UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

_____
                                                    )
BALVIR SINGH,                                       )
                                                    )        No. C07-1038RSL
                        Plaintiff,                  )
                                                    )        ORDER VACATING ORDER
            v.                                      )        REGARDING INITIAL
                                                    )        DISCLOSURES, JOINT STATUS
ALBERTO R. GONZALES, *et al.*,                      )        REPORT, AND EARLY
                                                    )        SETTLEMENT
                        Defendants.                 )
_____)

        This matter comes before the Court *sua sponte*.  On July 19, 2007, the Court issued an

"Order Regarding Initial Disclosures, Joint Status Report, and Early Settlement" in the above-

captioned matter.  This Order (Dkt. #4) is hereby VACATED.

        DATED this 23rd day of July, 2007.

                                    *MMS Lasnik*
                                    _____
                                    Robert S. Lasnik
                                    United States District Judge

ORDER